UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

EDWIN DAVIS, )
)
    Plaintiff, )
)
v. )   Case No. 1:06cv00528-ESH
)   Judge Ellen Segal Huvelle
INPHONIC, INC., )
)
    Defendant. )
_____ )

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Mitchell R. Berger hereby enters his appearance as lead counsel in this case for Defendant InPhonic, Inc.

Dated: June 12, 2006
      Washington, D.C.

/s/_____
Mitchell R. Berger
D.C. Bar No. 385467
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Phone: (202) 457-5601
Fax:   (202) 457-6315

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on June 12, 2006, a true and correct copy of the foregoing Notice of Appearance was served by first-class mail upon:

John A. Peca
Keith T. Vernon
John R. Climaco
Joseph P. Fegen
P. Wesley Lambert
CLIMACO, LEFKOWITZ, PECA, WILCOX &
GAROFOLI CO., L.P.A.
888 16th Street, NW
     Suite 800
Washington, DC 20006

David P. Meyer
Patrick G. Warner
DAVID P. MEYER & ASSOCIATES CO., LPA
401 N. Front Street
     Suite 350
Columbus, OH 43215


/s/_____
Ugo Colella