UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWIN DAVIS, )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>INPHONIC, INC., )<br>)<br>     Defendant. )<br>_____ ) | Case No. 1:06cv00528-ESH<br>Judge Ellen Segal Huvelle |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

     Ugo Colella hereby enters his appearance as counsel in this case for Defendant InPhonic, Inc.

Dated: June 12, 2006
     Washington, D.C.

/s/_____
Ugo Colella
D.C. Bar No. 473348
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Phone: (202) 457-5693
Fax:    (202) 457-6315

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on June 12, 2006, a true and correct copy of the foregoing Notice of Appearance was served by first-class mail upon:

John A. Peca
Keith T. Vernon
John R. Climaco
Joseph P. Fegen
P. Wesley Lambert
CLIMACO, LEFKOWITZ, PECA, WILCOX &
GAROFOLI CO., L.P.A.
888 16th Street, NW
    Suite 800
Washington, DC 20006

David P. Meyer
Patrick G. Warner
DAVID P. MEYER & ASSOCIATES CO., LPA
401 N. Front Street
    Suite 350
Columbus, OH 43215

/s/ _____
Ugo Colella