UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EDWIN DAVIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INPHONIC, INC., )<br>)<br>Defendant. )<br>) | Case No. 1:06cv00528-ESH<br>Judge Ellen Segal Huvelle |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant InPhonic, Inc. ("InPhonic") hereby moves for an extension of time up to and including July 21, 2006 to respond to Plaintiff's complaint. Plaintiff's counsel has agreed to an extension of time until June 30, 2006, but oppose an extension until July 21, 2006. There is good cause to order an extension of time until July 21, 2006, as follows:

(1)   On June 12, 2006, InPhonic filed a Notice of Related Cases, which set forth the overlap between this case and *Hongyi Yu v. Inphonic*, No. 1:06-cv-00951-RCL ("*Yu*"), currently pending before Judge Lamberth.

(2)   Pursuant to the terms of the Waiver of Service of Summons in *Yu*, InPhonic's response to the complaint in that case is due on July 21, 2006.

(3)   It is more efficient for the parties and the Court in these related putative class actions for InPhonic to respond to the complaints in both cases on the same date.

## Conclusion

For the foregoing reasons, defendant InPhonic respectfully requests that its time to answer, move with respect to, or otherwise respond to the complaint in this action be extended until and including July 21, 2006.

Dated:  June 16, 2006
       Washington, D.C.

Respectfully submitted,

/s/_____
Mitchell R. Berger (DC Bar # 385467)
Christopher W. Hellmich (DC Bar # 468840)
Ugo Colella (DC Bar # 473348)
**PATTON BOGGS LLP**
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (292) 457-6315
*Attorneys for Defendant InPhonic, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2006, a copy of the foregoing Motion for Extension of Time, and accompanying Order, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on June 16, 2006, a true and correct copy of the foregoing Motion for Extension of Time, and accompanying Order, was served by first-class mail upon:

John A. Peca
Keith T. Vernon
John R. Climaco
Joseph P. Fegen
P. Wesley Lambert
**CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.**
888 16th Street, NW
    Suite 800
Washington, DC 20006

David P. Meyer
Patrick G. Warner
**DAVID P. MEYER & ASSOCIATES CO., LPA**
401 N. Front Street
    Suite 350
Columbus, OH 43215

/s/_____
Ugo Colella