UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWIN DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> INPHONIC, INC., <br><br> Defendant. | Case No. 1:06cv00528-ESH <br> Judge Ellen Segal Huvelle |

### ORDER

This Court has before it Defendant InPhonic, Inc.'s Motion for Extension of Time.

IT IS HEREBY ORDERED that the motion is GRANTED, and that Defendant shall respond to Plaintiff's complaint on or before July 21, 2006.

DATED: _____

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE