UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EDWIN DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06cv00528-ESH |
| ) | Judge Ellen Segal Huvelle |
| INPHONIC, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, on June 26, 2006, Defendant InPhonic, Inc. filed the following attached pleadings with the Judicial Panel on Multidistrict Litigation: Motion for Transfer and Consolidation of Related Cases Pursuant to 28 U.S.C. § 1407; Memorandum of Law in Support of Motion for Transfer and Consolidation Pursuant to 28 U.S.C. § 1407 by Defendant InPhonic, Inc.; and Reasons Why Oral Argument Need Not Be Heard.

Dated: June 26, 2006
      Washington, D.C.

Respectfully submitted,

/s/_____
Mitchell R. Berger (DC Bar # 385467)
Christopher W. Hellmich (DC Bar # 468840)
Ugo Colella (DC Bar # 473348)
**PATTON BOGGS** LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (292) 457-6315

*Attorneys for Defendant
InPhonic, Inc.*