## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2006, a copy of the foregoing Notice of Filing, and accompanying attachments, were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ _____
Ugo Colella