UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWIN DAVIS,                )
                            )
        Plaintiff,           )
                            )
    v.                       )   Case No. 1:06cv00528-ESH
                            )   Judge Ellen Segal Huvelle
INPHONIC, INC.,              )
                            )
        Defendant.           )
_____)

## ORDER

This Court has before it Defendant InPhonic, Inc.'s Motion for Enlargement of Time to Set Uniform Response Dates Pending a Ruling by the Judicial Panel on Multidistrict Litigation. IT IS HEREBY ORDERED that the motion is GRANTED, and that:

(1) the date by which InPhonic must answer, move, or otherwise respond to Plaintiff's complaint until 20 days after the JPML issues its ruling on InPhonic's pending motion for transfer and consolidation;

(b) the date by which Plaintiff must move for class certification until further order of the Court following the JPML ruling; and

(c) the date by which the parties must conduct a Rule 26(f) discovery conference, and make Rule 26 initial disclosures, until further order of the Court following the JPML ruling.

DATED: _____        _____
                                      Ellen Segal Huvelle
                                      UNITED STATES DISTRICT JUDGE