## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2006, a copy of the foregoing Motion to Set Uniform Pre-Trial Dates Pending a Ruling by the Judicial Panel on Multidistrict Litigation, and accompanying Order, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on July 12, 2006, a true and correct copy of the foregoing Motion to Set Uniform Pre-Trial Dates Pending a Ruling by the Judicial Panel on Multidistrict Litigation, and accompanying Order, was served, by e-mail or fax, and by first-class mail upon:

| | |
|---|---|
| John A. Peca<br>Keith T. Vernon<br>John R. Climaco<br>Joseph P. Fegen<br>P. Wesley Lambert<br>**CLIMACO, LEFKOWITZ, PECA,**<br>**WILCOX & GAROFOLI CO., L.P.A.**<br>888 16th Street, NW, Suite 800<br>Washington, DC 20006<br>   *Attorneys for Plaintiff Edwin Davis* | japeca@climacolaw.com<br>ktvern@climacolaw.com<br>jrclim@climacolaw.com<br>jpfege@climacolaw.com<br>pwlamb@climacolaw.com |
| David P. Meyer<br>Patrick G. Warner<br>**DAVID P. MEYER & ASSOC. CO., LPA**<br>401 N. Front Street, Suite 350<br>Columbus, OH 43215<br>   *Attorneys for Plaintiff Edwin Davis* | dmeyer@dmlaws.com<br>pwarner@dmlaws.com |

/s/ _____
Ugo Colella