IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWIN DAVIS, On behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INPHONIC, INC. )<br>)<br>Defendant. ) | JUDGE: Ellen Segal Huvelle<br><br>CASE NO.: 1:06CV00528 |

**DECLARATION OF JOHN R. CLIMACO IN SUPPORT OF MITON TO ADMIT JOHN R. CLIMACO *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) I hearby declare and submit as follows:

My name is John Rocco Climaco;

I am the Founding Principal and Chairman of:

Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A.
1220 Huron Road, Suite 1000
Cleveland, Ohio 44115
(216) 621-8484

I am presently and have been a member in good standing of the Bar of the Ohio Supreme Court since 1967. Additionally I have been admitted to practice in the following courts:

United States District Court, Northern District of Ohio; 1968
United States Supreme Court; 1973
Sixth Circuit Court of Appeals; 1984
Second Circuit Court of Appeals; 1990

I herby certify that I have not been subject to any disciplinary action as a member of the Bar of the Supreme Court of Ohio or any other Bar.

I have been admitted *pro hac vice* to this Court one time within the last two years.

The law firm of Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A. maintains an office in the District of Columbia. However, my principle office is base in Cleveland, Ohio. At the present time I do not have an application for membership pending with this Bar, although it is my intention to submit an application in the future.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17 day of July, 2006.

Respectfully submitted,

John R. Climaco