IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWIN DAVIS, On behalf of himself and all others similarly situated, ) | JUDGE: Ellen Segal Huvelle |
| ) | |
| Plaintiff, ) | CASE NO.: 1:06CV00528 |
| ) | |
| v. ) | |
| ) | |
| INPHONIC, INC. ) | **PLAINTIFFS MOTION FOR** |
| ) | ***PRO HAC VICE* APPEARANCE** |
| Defendant. ) | |

MAY IT PLEASE THE COURT:

Pursuant to LCvR. 83.2(d), Plaintiffs respectfully submit this motion to this Honorable Court requesting permission for *pro hac vice* appearance for Attorney David P. Meyer to be granted. Mr. Meyer is being sponsored by Keith T. Vernon, a member of the Bar of this Court. Attached is the Declaration of David P. Meyer as required by LCvR. 83.2(d).

Respectfully submitted,

/s/ Keith T. Vernon
Keith T. Vernon, Esq. (D.C. #484246)
John A. Peca, Esq. (D.C. #400996)
888 16th Street, N.W., Suite 800
Washington, DC 20006
Tel: (202) 349-9864
Fax: (202) 349-9867

IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWIN DAVIS, On behalf of himself and all others similarly situated, ) | JUDGE: Ellen Segal Huvelle |
| ) | |
| Plaintiff, ) | CASE NO.: 1:06CV00528 |
| ) | |
| v. ) | |
| ) | **PROPOSED ORDER FOR** |
| INPHONIC, INC. ) | **PLAINTIFFS MOTION FOR** |
| ) | ***PRO HAC VICE* APPEARANCE** |
| Defendant. ) | |

ORDER

It is hereby ordered that Attorney David P. Meyer is granted permission to appear *pro hac vice* on behalf of Plaintiffs.

Date_____

_____
United States District Court Judge Ellen Segal Huvelle

## CERTIFICATE OF SERVICE

I hereby certify that on July 19th, 2006 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Keith T. Vernon
Keith T. Vernon