## IN THE UNITED STATES COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EDWIN DAVIS,** On behalf of himself and all others similarly situated, | ) ) ) | JUDGE:  Ellen Segal Huvelle |
| Plaintiff, | ) ) | CASE NO.: 1:06CV00528 |
| v. | ) ) | |
| **INPHONIC, INC.** | ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF DAVID P. MEYER IN SUPPORT OF MOTION TO ADMIT DAVID P. MEYER *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) I hearby declare and submit as follows:

My name is David Polan Meyer;

I am the Founding Principal and President of:

David P. Meyer & Associates Co., L.P.A.
401 North Front Street, Suite 350
Columbus, Ohio 43215
(614) 224-6000

I am presently and have been a member in good standing of the Bar of the Ohio Supreme Court since 1995.  Additionally I have been admitted to practice in the following courts:

United States District Court, Southern District of Ohio; 1996
United States District Court, Northern District of Ohio; 2005
United States Tax Court; 1995

I herby certify that I have not been subject to any disciplinary action as a member of the Bar of the Supreme Court of Ohio or any other Bar. I have not been

admitted *pro hac vice* to this Court within the last two years. At the present time I do not have an application for membership pending with this Bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of July, 2006.

Respectfully submitted,

David P. Meyer