IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EDWIN DAVIS,** On behalf of himself and all others similarly situated, | ) ) ) | JUDGE: Ellen Segal Huvelle |
| Plaintiff, | ) ) | CASE NO.: 1:06CV00528 |
| v. | ) ) | |
| **INPHONIC, INC.** | ) ) | |
| Defendant. | ) | |

**DECLARATION OF PATRICK G. WARNER IN SUPPORT OF MOTION TO ADMIT PATRICK G. WARNER *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) I hearby declare and submit as follows:

My name is Patrick G. Warner;

I am an Associate of:

> David P. Meyer & Associates Co., L.P.A.
> 401 North Front Street, Suite 350
> Columbus, Ohio 43215
> (614) 224-6000

I am presently and have been a member in good standing of the Bar of the Ohio Supreme Court since 1995. Additionally I have been admitted to practice in the following courts:

> United States District Court, Southern District of Ohio; 2004
> United States District Court, Northern District of Ohio; 1996

I herby certify that I have not been subject to any disciplinary action as a member of the Bar of the Supreme Court of Ohio or any other Bar. I have not been admitted *pro hac vice* to this Court within the last two years. At the present time I do not have an application for membership pending with this Bar.

       I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of July, 2006.

                                  Respectfully submitted,

                                  Patrick G. Warner