UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWIN DAVIS, )
)
Plaintiff, )
)
v. ) Case No. 1:06cv00528-ESH
) Judge Ellen Segal Huvelle
INPHONIC, INC., )
)
Defendant. )
_____ )

## NOTICE OF FILING

PLEASE TAKE NOTICE that, on July 25, 2006, Defendant InPhonic, Inc. filed the following pleading with the Judicial Panel on Multidistrict Litigation: Reply Memorandum of InPhonic, Inc. in Support of Its Motion for Transfer and Consolidation Pursuant to 28 U.S.C. § 1407 (attached as Ex. A).

Dated: July 25, 2006
Washington, D.C.

/s/ _____
Mitchell R. Berger (DC Bar # 385467)
Christopher W. Hellmich (DC Bar # 468840)
Ugo Colella (DC Bar # 473348)
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
*Attorneys for Defendant
InPhonic, Inc.*