## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2006, a copy of the foregoing Notice of Filing, and accompanying exhibit, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ _____
Jason Twining